**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JULIO TAVE, | ) | No. CV 08-344-GAF(CW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| LINDA SANDERS (Warden), | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and dismissed with prejudice.

DATED: <u>December 4, 2008</u>

*/s/ Gary Feess*

———————————————
GARY A. FEESS
United States District Judge